## West Homestead School District Appeal.

Argued November 12, 1970.   *Aaron Cohen,* with him *Cohen & Popiel,* for appellant; *Patrick H. Washington,* Deputy Attorney General, with him *Fred Speaker,* Attorney General, for appellee.

Order affirmed.